# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER MCLAUGHLIN, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| WALMART, | : | NO. 22-3272 |
| Defendant. | : | |

## ORDER

AND NOW, this 15th day of November, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 23), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that such Motion is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**